Myrick L. **MONROE**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 27346.

Court of Criminal Appeals of Texas.

Jan. 19, 1955.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 7 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.